Susie Villanacci, as Administratrix of the Estate of Edward Villanacci, Deceased, Appellant, *v.* Henry O. Harding, Respondent.

Submitted May 29, 1942; decided June 18, 1942.

*Robert Arthur Loberfeld* and *H. Matthew Rallis* for appellant.

*Benjamin H. Siff* and *Morris Levine* for respondent.

Appeal dismissed on the authority of *Lee* v. *Gander* (271 N. Y. 568) and *Gibbons* v. *Schwartz* (288 N. Y. 612). No opinion.

Concur: Lehman, Ch. J., Loughran, Finch, Rippey, Lewis, Conway and Desmond, JJ.